IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01407-ZLW

RANDY EDDINGS,

    Applicant,

v.

OTERO COUNTY, State of Colorado,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion for Recovery of Attorney File" and "Motion to Amend Original Motion for Change of Venue," both of which were filed on September 9, 2005, will not be considered and are DENIED because this action was dismissed on August 11, 2005.

Dated: September 12, 2005

Copies of this Minute Order mailed on September 12, 2005, to the following:

Randy Eddings
103 East Oak
A Pod - A-2
Lamar, CO 81052

_____
Secretary/Deputy Clerk