IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01407-ZLW

RANDY EDDINGS,

Applicant,

v.

OTERO COUNTY, State of Colorado,

Respondent.

## ORDER DENYING MOTION TO RECONSIDER

Applicant Randy Eddings has filed *pro se* on September 20, 2005, a document titled "Motion to Amend, Motion for Reconsideration." Mr. Eddings apparently wants the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on August 11, 2005. The Court must construe the motion liberally because Mr. Eddings is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion for reconsideration will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Mr. Eddings' motion for reconsideration, which was filed more than ten days after the Court's August 11, 2005, Order and Judgment of Dismissal, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action without prejudice because Mr. Eddings is asking the Court to intervene in his ongoing state court criminal trial proceedings and the Court may not do so. Mr. Eddings does not challenge in the motion for reconsideration the Court's conclusion that it is prohibited from interfering with the ongoing state court proceedings. Instead, Mr. Eddings merely seeks to advise the Court of recent developments in his state court case.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Eddings fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion for reconsideration will be denied. Accordingly, it is

ORDERED that the document titled "Motion to Amend, Motion for Reconsideration" filed on September 20, 2005, is denied.

DATED at Denver, Colorado, this 28 day of Sept. , 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**AMENDED CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01407-OES

Randy Eddings
103 E. Oak St. -A Pod A-2
Lamar, CO 81052

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9-29-05

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk